**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>$61,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>PERRON SMITH, GARY SMITH, and RAYON SMITH,<br><br>　　　　Claimants | Case No. 2:11-cv-09384-ODW(AJWx)<br><br>**JUDGMENT** |

　　　　In light of the Court's May 3, 2013 Order granting the United States' motion to strike Perron Smith's claim and Perron Smith, Gary Smith, and Rayon Smith's collective Answer, the Court hereby **ENTERS JUDGMENT** as follows:

　　　　1.　　Plaintiff the United States of America shall have judgment against the Defendant $61,000.00 in U.S. Currency. The Defendant currency shall be condemned and forfeited to the United States, which shall dispose of the Defendant in the manner provided by law.

　　　　2.　　The Court finds that there was reasonable cause for the seizure of the Defendant and institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

3. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

May 3, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**